BINGHAM McCUTCHEN LLP
MICHAEL I. BEGERT (SBN 141969)
michael.begert@bingham.com
SUJAL J. SHAH (SBN 215230)
sujal.shah@bingham.com
ERIN S. CONROY (SBN 241042)
erin.conroy@bingham.com
CARLOS P. MINO (SBN 247022)
carlos.mino@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
Telephone:  415.393.2000
Facsimile:  415.393.2286

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
KENDRA FOX-DAVIS (SBN 248757)
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone:  (415) 543-9697
Facsimile:  (415) 543-0296
Email:  osellstrom@lccr.com

[*Additional Counsel listed on signature pages.*]

Attorneys for Defendant-Intervenors
Coalition for Economic Equity and National Association for
the Advancement of Colored People,
San Diego Chapter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>        Defendants,<br><br>COALITION FOR ECONOMIC EQUITY and NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SAN DIEGO CHAPTER,<br><br>        Defendant-Intervenors. | No. 2:09-cv-01622-JAM-GGH<br><br>**NOTICE OF MOTION AND MOTION OF COALITION FOR ECONOMIC EQUITY AND NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SAN DIEGO CHAPTER FOR LEAVE TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24**<br><br>Date:     November 4, 2009<br>Time:    9:00 a.m.<br>Place:   Courtroom 6<br>Judge:  Hon. John A. Mendez |

A/73122607.4/0999997-0000929484

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 4, 2009 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court, Eastern District of California, Proposed Defendant-Intervenors Coalition for Economic Equity ("CEE") and National Association for the Advancement of Colored People, San Diego Chapter ("NAACP") (collectively, "Defendant-Intervenors") will and hereby do move this Court for an order granting them leave to intervene in the above-captioned case as Intervenor-Defendants as a matter of right pursuant to Federal Rule of Civil Procedure Rule 24(a)(2), or, alternatively, as a matter of permission at the discretion of the Court, pursuant to Federal Rules of Civil Procedure, Rule 24(b)(2), and to permit Defendant-Intervenors to file the Answer in Intervention attached to this motion as Exhibit A.  This motion is made on the grounds that Defendant-Intervenors have significant, legally protectable interests that relate to the subject of this action; the disposition of this action will, as a practical matter, impair or impede their ability to protect their interests; and the present Defendants are unlikely to adequately represent Defendant-Intervenors' interests in this case.  The motion is timely.

This motion is based on this Notice of Motion and Motion, on the accompanying Memorandum in Support thereof, on the Declarations of Aileen C. Hernandez, Lei-Chala Wilson, and Michael I. Begert, on the [Proposed] Answer in Intervention filed concurrently, on the [Proposed] Order each filed and served herewith, and on the papers, records and pleadings on file in this matter, and on such oral argument as the Court allows.

Counsel for Intervenor-Defendants has provided Counsel for Defendants a copy of this motion on September 10, 2009.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 14, 2009 | BINGHAM McCUTCHEN LLP |
| 3 | | |
| 4 | | By:*/s/ Michael I. Begert* |
| 5 | | BINGHAM McCUTCHEN LLP |
| | | MICHAEL I. BEGERT (SBN 141969) |
| 6 | | michael.begert@bingham.com |
| | | SUJAL J. SHAH (SBN 215230) |
| 7 | | sujal.shah@bingham.com |
| | | ERIN S. CONROY (SBN 241042) |
| 8 | | erin.conroy@bingham.com |
| | | CARLOS P. MINO (SBN 247022) |
| 9 | | carlos.mino@bingham.com |
| | | Three Embarcadero Center |
| 10 | | San Francisco, CA  94111-4067, U.S.A. |
| | | Telephone:  415.393.2000 |
| 11 | | Facsimile:  415.393.2286 |
| 12 | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| | | OREN SELLSTROM (SBN 161074) |
| 13 | | KENDRA FOX-DAVIS (SBN 248757) |
| | | 131 Steuart Street, Suite 400 |
| 14 | | San Francisco, CA  94105 |
| | | Telephone:  (415) 543-9697 |
| 15 | | Facsimile:  (415) 543-0296 |
| | | Email:  osellstrom@lccr.com |
| 16 | | EQUAL JUSTICE SOCIETY |
| 17 | | EVA JEFFERSON PATERSON (SBN 67081) |
| | | 260 California Street, Suite 700 |
| 18 | | San Francisco, CA  94111 |
| | | Telephone:  (415) 288-8700 |
| 19 | | Facsimile:  (415) 288-8787 |
| | | Email:  epaterson@equaljusticesociety.org |
| 20 | | |
| | | AMERICAN CIVIL LIBERTIES UNION |
| 21 | | FOUNDATION OF NORTHERN CALIFORNIA |
| | | ALAN L. SCHLOSSER (SBN 49957) |
| 22 | | JORY C. STEELE (SBN 206944) |
| | | 39 Drumm Street |
| 23 | | San Francisco, CA  94111 |
| | | Telephone:  (415) 621-2493 |
| 24 | | Facsimile:  (415) 255-8437 |
| 25 | | Email: aschlosser@aclunc.org |
| 26 | | Attorneys for Defendant-Intervenors |
| | | Coalition for Economic Equity and National |
| 27 | | Association for the Advancement of Colored People, San Diego Chapter |
| 28 | | |

A/73122607.4/0999997-0000929484        3        No. 2:09-cv-01622-JAM-GGH

NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE
No. 2:09-cv-01622-JAM-GGH