RONALD W. BEALS, Chief Counsel
THOMAS C. FELLENZ, Deputy Chief Counsel
DANIEL A. NEAR, Assistant Chief Counsel
KATHRYN T. PAPALIA, Bar No. 173472
1120 N Street (MS 57) P.O. Box 1438
Sacramento, California 95812-1438
Telephone: (916) 654-2630
Facsimile: (916) 654-6128

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Case No.: 2:09-CV-01622-JAM-GGH<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSES TO DISCOVERY PROPOUNDED BY PLAINTFF** |

WHEREAS, Plaintiff has propounded one set of requests for admission to State of California, responses to which are currently due on November 16, 2009 by agreement of the parties; and

WHEREAS, Plaintiff has propounded one set of requests for admission, one set of requests for production of documents and one set of interrogatories to Defendant Will Kempton, responses to which are currently due on December 23, 2009 by agreement of the parties; and

WHEREAS, Plaintiff has propounded one set of requests for admission, one set of requests for production of documents and one set of interrogatories to Defendant Olivia Fonseca, responses to which are currently due on December 23, 2009 by agreement of the parties; and

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, Plaintiff has propounded one set of requests for production of documents
2 and one set of interrogatories to Defendant State of California, responses to which are currently
3 due on December 16, 2009 by agreement of the parties; and
4    WHEREAS, Defendants last week retained outside counsel (Rosales Law Partners and
5 Moscone, Emblidge & Quadra) to assist in the defense of this litigation; and
6    WHEREAS, Outside counsel for Defendants needs time to adequately prepare responses
7 to the discovery requests described above; and
8    WHEREAS, Plaintiff is willing to provide Defendants additional time and to have one
9 uniform date on which responses to all the outstanding discovery requests are due;
10    The parties hereby stipulate and agree that responses to all the discovery requests
11 described above shall now be due on or before December 23, 2009.
12    IT IS SO STIPULATED.

14 DATE:                             SHARON L. BROWNE
                                     RALPH W. KASARDA
15                                   ANTONIO J. SENEGORE

17                                   By_____

18                                      Attorney for Plaintiff

20 DATE:                             RONALD BEALS, Chief Counsel
                                     THOMAS C. FELLENZ, Deputy Chief Counsel
21                                   DANIEL A. NEAR, Assistant Chief Counsel

23                                   By_____
                                        KATHRYN T. PAPALIA
24                                      Attorney for Defendants

26    IT IS SO ORDERED.
27    DATED; 11/16/2009
                                        /s/ John A. Mendez_____
28 _____
                                        UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com