```
 1  SHARON L. BROWNE, No. 119246
    E-mail: slb@pacificlegal.org
 2  RALPH W. KASARDA, No 205286
    E-mail: rwk@pacificlegal.org
 3  JOSHUA P. THOMPSON, No. 250955
    E-mail: jpt@pacificlegal.org
 4  Pacific Legal Foundation
    3900 Lennane Drive, Suite 200
 5  Sacramento, California 95834
    Telephone: (916) 419-7111
 6  Facsimile: (916) 419-7747

 7  Attorneys for Plaintiff
    Associated General Contractors
 8  of America, San Diego Chapter, Inc.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants,<br><br>COALITION FOR ECONOMIC EQUITY, et al.,<br><br>Defendant-Intervenors. | No. 2:09-CV-01622-JAM-GGH<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S RESPONSES TO DISCOVERY PROPOUNDED BY DEFENDANTS CALIFORNIA DEPARTMENT OF TRANSPORTATION AND OLIVIA FONSECA** |

WHEREAS, Defendant California Department of Transportation propounded one set of interrogatories to Plaintiff, responses which are currently due on April 23, 2010, by agreement of the parties; and

WHEREAS, Defendant California Department of Transportation propounded one set of Document Requests to Plaintiff, responses which are currently due on April 23, 2010, by agreement of the parties; and

WHEREAS, Defendant Olivia Fonseca propounded one set of Document Requests to Plaintiff, responses which are currently due on April 23, 2010, by agreement of the parties; and

WHEREAS Plaintiff needs more time to adequately prepare responses to the discovery requests described above; and

WHEREAS, Defendants California Department of Transportation and Olivia Fonseca are willing to provide Plaintiff additional time to prepare the responses to discovery;

THE PARTIES HEREBY STIPULATE and agree that responses to all the discovery requests described above shall now be due on or before April 30, 2010.

IT IS SO STIPULATED.

Respectfully submitted,

SHARON L. BROWNE
RALPH W. KASARDA
JOSHUA P. THOMPSON

DATED:  April 23, 2010.     By _____s/Ralph W. Kasarda_____
                                              RALPH W. KASARDA

Attorneys for Plaintiff

RONALD W. BEALS
THOMAS C. FELLENZ
DANIEL A. NEAR
KATHRYN T. PAPALIA
State of California Legal Department

MARA E. ROSALES
BENJAMIN J. SCHNAYERSON
Rosales Law Partners LLP

G. SCOTT EMBLIDGE
RACHEL J. SATER
Moscone, Emblidge & Quadra, LLP

DATED:  April 23, 2010.     By _____s/G. Scott Emblidge_____
                                              G. SCOTT EMBLIDGE

Attorneys for Defendants

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:  April 26, 2010     /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        Judge of the United States District Court