BINGHAM McCUTCHEN LLP
MICHAEL I. BEGERT (SBN 141969)
michael.begert@bingham.com
SUJAL J. SHAH (SBN 215230)
sujal.shah@bingham.com
CARLOS P. MIÑO (SBN 247022)
carlos.mino@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067, U.S.A.
Telephone: 415.393.2000
Facsimile: 415.393.2286

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9697
Facsimile: (415) 543-0296
Email: osellstrom@lccr.com

[*Additional Counsel listed on signature pages.*]

Attorneys for Defendant-Intervenors
Coalition for Economic Equity and National Association
for the Advancement of Colored People,
San Diego Chapter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,

Defendants,

COALITION FOR ECONOMIC EQUITY and NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SAN DIEGO CHAPTER,

Defendant-Intervenors.

No. 2:09-cv-01622-JAM-GGH

**JOINT STIPULATION AND ORDER REGARDING TIMING OF EXPERT DISCOVERY**

Judge: Hon. John A. Mendez



PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, under the Court's Pre-trial Scheduling Order the parties must make expert disclosures under Fed. R. Civ. P. 26(a)(2) by July 9, 2010; and

WHEREAS, the disclosures under Fed. R. Civ. P. 26(a)(2) must be accompanied by a written report providing "a complete statement of all opinions the witness will express and the basis and reasons for them" and "the data or other information considered by the witness in forming them;" and

WHEREAS, under the Court's Pre-trial Scheduling Order "all discovery shall be completed by September 3, 2010;" and

WHEREAS, the parties must complete fact discovery before their respective experts are able to provide a written report providing a complete statement of all opinions and the basis and reasons for them;

NOW, THEREFORE, Plaintiffs Associated General Contractors of America, San Diego Chapter, Inc.; Defendants California Department of Transportation (Caltrans), Randell Iwasaki, in his official capacity as Director of Caltrans, and Olivia Fonseca, individually, and in her official capacity as Deputy Director of Caltrans; and Defendant-Intervenors Coalition for Economic Equity, and the National Association for the Advancement of Colored People, San Diego Chapter (collectively, "the Parties") hereby stipulate and respectfully request that the Court approve the following amended schedule regarding expert disclosures and discovery;

1. The deadline for fact discovery shall remain September 3, 2010.

2. The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by September 3, 2010.

3. Expert discovery shall be completed by October 1, 2010.

4. The Parties agree to negotiate, in good faith, a discovery schedule regarding the timing of expert witness depositions, rebuttal expert witness disclosures, and rebuttal expert witness depositions.

/ / /

/ / /

/ / /



PDF created with pdfFactory trial version www.pdffactory.com

DATED: July 6, 2010

By: *<u>/s/ Ralph W. Kasarda</u>*
Ralph W. Kasarda

Attorneys for Plaintiff

SHARON L. BROWNE (SBN 119246)
RALPH W. KASARDA (SBN 205286)
Pacific Legal Foundation

DATED: July 6, 2010

By: *<u>/s/ Mara E. Rosales</u>*
Mara E. Rosales

Attorneys for Defendants

RONALD W. BEALS
THOMAS C. FELLENZ
DANIEL A NEAR
KATHRYN T. PAPALIA (SBN 173472)
State of California Legal Department

MARA E. ROSALES (SBN 104844)
BENJAMIN SCHNAYERSON (SBN 257857)
Rosales Law Partners LLP

G. SCOTT EMBLIDGE
RACHEL J. SATER
Moscone, Emblidge & Quadra LLP

DATED: July 6, 2010

By: *<u>/s/ Sujal J. Shah</u>*
Sujal J. Shah

Attorneys for Defendant-Intervenors

MICHAEL I. BEGERT (SBN 141969)
SUJAL J. SHAH (SBN 215230)
CARLOS P. MIÑO (SBN 247022)
Bingham McCutchen LLP

OREN SELLSTROM (SBN 161074)
Lawyers' Committee for Civil Rights

EVA JEFFERSON PATERSON (SBN 67081)
SARA JACKSON (SBN 251915)
Equal Justice Society



PDF created with pdfFactory trial version www.pdffactory.com

ALAN L. SCHLOSSER (SBN 49957)
JORY C. STEELE (SBN 206944)
American Civil Liberties Union Foundation of Northern California

IT IS SO ORDERED, this 7th day of July, 2010.

/s/ John A. Mendez________
John A. Mendez
United States District Judge



PDF created with pdfFactory trial version www.pdffactory.com