BINGHAM McCUTCHEN LLP
MICHAEL I. BEGERT (SBN 141969)
michael.begert@bingham.com
SUJAL J. SHAH (SBN 215230)
sujal.shah@bingham.com
CARLOS P. MIÑO (SBN 247022)
carlos.mino@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067, U.S.A.
Telephone: 415.393.2000
Facsimile: 415.393.2286

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9697
Facsimile: (415) 543-0296
Email: osellstrom@lccr.com

[*Additional Counsel listed on signature pages.*]

Attorneys for Defendant-Intervenors
Coalition for Economic Equity and National Association for the Advancement of Colored People, San Diego Chapter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,

Defendants,

COALITION FOR ECONOMIC EQUITY and NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SAN DIEGO CHAPTER,

Defendant-Intervenors.

No. 2:09-cv-01622-JAM-GGH

**JOINT STIPULATION AND ORDER REGARDING TIMING OF EXPERT DISCOVERY AND MODIFICATIONS TO PRE-TRIAL SCHEDULING ORDER**

Judge: Hon. John A. Mendez

A/73467580.1/0999997-0000929484

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, under the Court's July 7, 2010 Order the parties must make expert disclosures under Fed. R. Civ. P. 26(a)(2) by September 3, 2010; and

WHEREAS, that Order also required the parties to complete expert discovery by October 1, 2010; and

WHEREAS, the parties are unable to schedule multiple expert depositions, develop rebuttal expert reports, and schedule multiple rebuttal expert depositions in the time allotted; and

WHEREAS, the timing for dispositive motions, the pre-trial conference, and the date for the start of trial will need to be rescheduled if the parties are granted an extension for expert discovery;

NOW, THEREFORE, Plaintiffs Associated General Contractors of America, San Diego Chapter, Inc.; Defendants California Department of Transportation (Caltrans), Cindy Kim, in her official capacity as Director of Caltrans, and Olivia Fonseca, individually, and in her official capacity as Deputy Director of Caltrans; and Defendant-Intervenors Coalition for Economic Equity, and the National Association for the Advancement of Colored People, San Diego Chapter (collectively, "the Parties") hereby stipulate and respectfully request that the Court approve the following amended schedule regarding expert disclosures and discovery and modifications to the Status (Pretrial Scheduling) Order entered on August 27, 2009;

1. The deadline for fact discovery shall remain September 3, 2010.

2. The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by September 24, 2010.

3. The Parties shall make any supplemental disclosures or rebuttal expert witness disclosures under Fed. R. Civ. P. 26(a)(2)(c) by October 29, 2010.

4. The Parties are relieved of any obligation under Fed. R. Civ. P. 26(a)(2)(B) to disclose drafts of expert reports or rebuttal expert reports, and any such drafts shall not be discoverable by any other party.

5. Expert discovery shall be completed by December 31, 2010.

6. All dispositive motions shall be filed by January 26, 2011. Hearing on such motions shall be on March 23, 2011 at 9:30 a.m.

PDF created with pdfFactory trial version www.pdffactory.com

7. The Parties shall file a joint pre-trial statement by April 27, 2011.

8. The final pre-trial conference shall be set for May 4, 2011 at 3:00 p.m.

9. Jury trial in this matter shall be set for June 20, 2011 at 9:00 a.m. The Parties estimate a trial length of approximately 10 days.

DATED: August 18, 2010

By: /s/ Ralph W. Kasarda
Ralph W. Kasarda

Attorneys for Plaintiff

SHARON L. BROWNE (SBN 119246)
RALPH W. KASARDA (SBN 205286)
Pacific Legal Foundation

DATED: August 18, 2010

By: /s/ Scott Emblidge
G. Scott Emblidge

Attorneys for Defendants

RONALD W. BEALS
THOMAS C. FELLENZ
DANIEL A NEAR
KATHRYN T. PAPALIA (SBN 173472)
State of California Legal Department

MARA E. ROSALES (SBN 104844)
BENJAMIN SCHNAYERSON (SBN 257857)
Rosales Law Partners LLP

G. SCOTT EMBLIDGE (SBN 121613)
RACHEL J. SATER (SBN 147976)
Moscone, Emblidge & Quadra LLP

A/73467580.1/0999997-0000929484

2

JOINT STIPULATION REGARDING TIMING OF EXPERT DISCOVERY AND MODIFICATIONS TO PRE-TRIAL SCHEDULING ORDER
No. 2:09-cv-01622-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

DATED: August 18, 2010

By: /s/ Sujal J. Shah
Sujal J. Shah

Attorneys for Defendant-Intervenors

MICHAEL I. BEGERT (SBN 141969)
SUJAL J. SHAH (SBN 215230)
CARLOS P. MIÑO (SBN 247022)
Bingham McCutchen LLP

OREN SELLSTROM (SBN 161074)
Lawyers' Committee for Civil Rights

EVA JEFFERSON PATERSON (SBN 67081)
SARA JACKSON (SBN 251915)
Equal Justice Society

ALAN L. SCHLOSSER (SBN 49957)
JORY C. STEELE (SBN 206944)
American Civil Liberties Union Foundation of Northern California

IT IS SO ORDERED, this 18th day of August, 2010.

/s/ John A. Mendez
John A. Mendez
United States District Judge

A/73467580.1/0999997-0000929484

3

JOINT STIPULATION REGARDING TIMING OF EXPERT DISCOVERY AND MODIFICATIONS TO PRE-TRIAL SCHEDULING ORDER
No. 2:09-cv-01622-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com