BINGHAM McCUTCHEN LLP
MICHAEL I. BEGERT (SBN 141969)
michael.begert@bingham.com
SUJAL J. SHAH (SBN 215230)
sujal.shah@bingham.com
CARLOS P. MIÑO (SBN 247022)
carlos.mino@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
Telephone:  415.393.2000
Facsimile:  415.393.2286

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone:  (415) 543-9697
Facsimile:  (415) 543-0296
Email:  osellstrom@lccr.com

[*Additional Counsel listed on signature pages.*]

Attorneys for Defendant-Intervenors
Coalition for Economic Equity and National Association for the Advancement of Colored People, San Diego Chapter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>　　　　Defendants,<br><br>COALITION FOR ECONOMIC EQUITY and NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SAN DIEGO CHAPTER,<br><br>　　　　Defendant-Intervenors. | No. 2:09-cv-01622-JAM-GGH<br><br>**JOINT STIPULATION AND ORDER REGARDING DEPOSITIONS OF NON-PARTY WITNESSES AFTER THE CLOSE OF FACT DISCOVERY**<br><br>Judge:　Hon. John A. Mendez |

A/73481698.1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, under the Court's August 18, 2010 Order, the deadline for fact discovery is
2  September 3, 2010; and
3  WHEREAS, Defendant-Intervenors issued deposition subpoenas on non-parties Tom
4  Holsman and Sam Hassoun of Associated General Contractors of California to appear for
5  deposition on August 26, 2010 and August 30, 2010, respectively; and
6  WHEREAS, both Mr. Holsman and Mr. Hassoun are unavailable for deposition on the
7  respective dates noticed for their depositions; and
8  WHEREAS, Defendant-Intervenors made reasonable efforts to secure the depositions of
9  Mr. Holsman and Mr. Hassoun before the deadline for fact discovery;
10  WHEREAS, both Mr. Holsman and Mr. Hassoun are unable to schedule their depositions
11  before September 3, 2010;
12  NOW, THEREFORE, Plaintiffs Associated General Contractors of America, San Diego
13  Chapter, Inc.; Defendants California Department of Transportation (Caltrans), Cindy Kim, in her
14  official capacity as Director of Caltrans, and Olivia Fonseca, individually, and in her official
15  capacity as Deputy Director of Caltrans; and Defendant-Intervenors Coalition for Economic
16  Equity, and the National Association for the Advancement of Colored People, San Diego
17  Chapter (collectively, "the Parties") hereby stipulate and respectfully request that the Court
18  approve that the depositions of Mr. Holsman and Mr. Hassoun occur after the deadline for fact
19  discovery;
20  1.  The deadline for fact discovery shall remain September 3, 2010.
21  2.  Notwithstanding the aforementioned deadline, the depositions of non-parties
22  Mr. Holsman and Mr. Hassoun may be rescheduled for September 8, 2010.
23  3.  No party may object to the depositions of Mr. Holsman or Mr. Hassoun solely
24  because they are scheduled after the deadline for fact discovery.
25  4.  The allowance of fact discovery after the September 3, 2010 cut-off date is
26  limited to the depositions of non-parties Mr. Holsman and Mr. Hassoun.
27  / / /
28  / / /

PDF created with pdfFactory trial version www.pdffactory.com

5. Nothing in this Stipulation and Order shall be construed as a waiver by the Parties of any objections they may make as to other discovery requests that call for fact-finding discovery to be completed beyond the factual discovery cut-off date of September 3, 2010.

6. Nothing in this Stipulation and Order shall be construed as a waiver by the Parties of their right, under Fed. R. Civ. P. 37, to move to compel discovery even if such motion is filed after the discovery cut-off date of September 3, 2010.

DATED: August 24, 2010

By: /s/ Ralph W. Kasarda
Ralph W. Kasarda

Attorneys for Plaintiff

SHARON L. BROWNE (SBN 119246)
RALPH W. KASARDA (SBN 205286)
Pacific Legal Foundation

DATED: August 24, 2010

By: /s/ Scott Emblidge
G. Scott Emblidge

Attorneys for Defendants

RONALD W. BEALS
THOMAS C. FELLENZ
DANIEL A NEAR
KATHRYN T. PAPALIA (SBN 173472)
State of California Legal Department

MARA E. ROSALES (SBN 104844)
BENJAMIN SCHNAYERSON (SBN 257857)
Rosales Law Partners LLP

G. SCOTT EMBLIDGE (SBN 121613)
RACHEL J. SATER (SBN 147976)
Moscone, Emblidge & Quadra LLP

A/73481698.1

2

JOINT STIPULATION REGARDING DEPOSITIONS OF NON-PARTY WITNESSES AFTER THE CLOSE OF FACT DISCOVERY
No. 2:09-cv-01622-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: August 24, 2010

2                                                    By:  /s/ Sujal J. Shah
3                                                            Sujal J. Shah

4  
                                                     Attorneys for Defendant-Intervenors
5                                                    MICHAEL I. BEGERT (SBN 141969)
                                                     SUJAL J. SHAH (SBN 215230)
6                                                    CARLOS P. MIÑO (SBN 247022)
                                                     Bingham McCutchen LLP
7  
                                                     OREN SELLSTROM (SBN 161074)
8                                                    Lawyers' Committee for Civil Rights

9  
                                                     EVA JEFFERSON PATERSON (SBN 67081)
10                                                   SARA JACKSON (SBN 251915)
                                                     Equal Justice Society
11 

12                                                   ALAN L. SCHLOSSER (SBN 49957)
                                                     JORY C. STEELE (SBN 206944)
13                                                   American Civil Liberties Union Foundation of
                                                     Northern California
14 

15 

16 
        IT IS SO ORDERED, this 25th day of August, 2010.
17 

18 

19                                                   /s/ John A. Mendez
                                                     John A. Mendez
20                                                   United States District Judge

21 

22 

23 

24 

25 

26 

27 

28 

A/73481698.1                                3

JOINT STIPULATION REGARDING DEPOSITIONS OF NON-PARTY WITNESSES AFTER THE CLOSE
OF FACT DISCOVERY
No. 2:09-cv-01622-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com