SHARON L. BROWNE, No. 119246
E-mail: slb@pacificlegal.org
RALPH W. KASARDA, No 205286
E-mail: rwk@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955
E-mail: jpt@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff
Associated General Contractors
of America, San Diego Chapter, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION; et al.,<br><br>　　　　Defendants<br><br>COALITION FOR ECONOMIC EQUITY; et al.,<br><br>　　　　Defendant-Intervenors. | No. 2:09-CV-01622-JAM-GGH<br><br>**STIPULATION CONSENTING TO PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Judge: Hon. John A. Mendez |

COMES NOW Plaintiff Associated General Contractors of America, San Diego Chapter, Inc.; Defendants California Department of Transportation (Caltrans); Cindy McKim, in her official capacity as Director of Caltrans; Olivia Fonseca, individually, and in her official capacity as Deputy Director of Caltrans; and Defendant-Intervenors Coalition for Economic Equity; and National Association for the Advancement of Colored People, San Diego Chapter (collectively the Parties), and pursuant to Federal Rule of Civil Procedure 15(a)(2), stipulate to the filing of Plaintiff's First Amended Complaint. In support of their stipulation, the Parties state as follows:

1  WHEREAS Plaintiff filed its Complaint in the above-captioned matter on June 11, 2009, against Defendants Caltrans; Will Kempton, individually, and in his official capacity as Director of Caltrans; and Olivia Fonseca, individually, and in her official capacity as Deputy Director of Caltrans;

WHEREAS in their Complaint, the Plaintiff set forth five claims for relief, by pleading violations of the Fourteenth Amendment to the United States Constitution, 42 U.S.C. § 1981, 42 U.S.C. § 1983, 42 U.S.C. § 2000d, and Article I, section 31, of the California Constitution;

WHEREAS Defendants Caltrans, Will Kempton, and Olivia Fonseca filed a joint Answer to the Complaint on July 7, 2009;

WHEREAS Will Kempton resigned as Director of Caltrans on July 31, 2009, and was replaced by Randell H. Iwasaki;

WHEREAS pursuant to Federal Rule of Civil Procedure 25(d), Randell H. Iwasaki became a Defendant in this action by automatically substituting for Will Kempton in his official capacity as Director of Caltrans;

WHEREAS Plaintiff and Defendants Caltrans, Randell H. Iwasaki, Olivia Fonseca, and Will Kempton filed a Stipulation of Dismissal as to Will Kempton on December 16, 2009;

WHEREAS the Stipulation was approved by the Court on December 18, 2009;

WHEREAS on December 22, 2009, the Court granted the motion to intervene by Defendant-Intervenors Coalition for Economic Equity and National Association for the Advancement of Colored People, San Diego Chapter;

WHEREAS Defendant-Intervenors Coalition for Economic Equity and National Association for the Advancement of Colored People, San Diego Chapter filed their Answer on January 12, 2010;

WHEREAS Randell H. Iwasaki resigned as Director of Caltrans on April 15, 2010, and was replaced by Cindy McKim;

WHEREAS pursuant to Federal Rule of Civil Procedure 25(d), Cindy McKim became a Defendant in this action by automatically substituting for Randell H. Iwasaki in his official capacity as Director of Caltrans;

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

1  WHEREAS the parties have agreed that Plaintiff's state law claim under Article I,
2  section 31, of the California Constitution shall not be litigated in this action;
3  WHEREFORE, the Parties stipulate through their respective attorneys of record that:
4  1. Plaintiff may file its First Amended Complaint, a copy of which is attached hereto;
5  and
6  2. That the Defendants and Defendant-Intervenors waive notice and service of the
7  Amended Complaint, and that they shall not be required to answer the amendment,
8  and all denials, responses, and affirmative defenses contained in their Answers filed
9  to the original Complaint shall be responsive to the Amended Complaint.
10 IT IS SO STIPULATED.

Respectfully submitted,

SHARON L. BROWNE
RALPH W. KASARDA
JOSHUA P. THOMPSON
Pacific Legal Foundation

DATED: December 17, 2010.            By _____s/Ralph W. Kasarda_____
                                            RALPH W. KASARDA

Attorneys for Plaintiff

KATHRYN T. PAPALIA
Legal Department
California Department of Transportation

MARA E. ROSALES
BENJAMIN J. SCHNAYERSON
Rosales Law Partners LLP

G. SCOTT EMBLIDGE
RACHEL J. SATER
Moscone, Emblidge & Sater, LLP

DATED: December 17, 2010.            By _____s/G. Scott Emblidge_____
                                            G. SCOTT EMBLIDGE

Attorneys for Defendants

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

|   |   |   |
|---|---|---|
| 1 | | MICHAEL I. BEGERT |
| 2 | | SUJAL J. SHAH |
| | | CARLOS P. MIÑO |
| 3 | | JULIA SNYDER |
| | | Bingham McCutchen LLP |
| 4 | | OREN M. SELLSTROM |
| 5 | | Lawyers' Committee for Civil Rights of the San Francisco Bay Area |
| 6 | | ALAN L. SCHLOSSER |
| 7 | | American Civil Liberties Union Foundation of Northern California |

10  DATED: December 13, 2010.        By _____s/Michael I. Begert_____
                                            MICHAEL I. BEGERT

                                     Attorneys for Defendant-Intervenors

13      IT IS SO ORDERED.

16  DATED:  12/20/2010               /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     Judge of the United States District Court

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA  95834
(916) 419-7111  FAX (916) 419-7747