BINGHAM MCCUTCHEN LLP
BREE HANN (SBN 215695)
*bree.hann@bingham.com*
SUJAL J. SHAH (SBN 215230)
*sujal.shah@bingham.com*
SAMANTHA REARDON CARTER (SBN 240068)
*samantha.carter@bingham.com*
CARLOS PATRICIO MINO (SBN 247022)
*carlos.mino@bingham.com*
Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
Telephone:  415.393.2000
Facsimile:  415.393.2286

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone:  (415) 543-9697
Facsimile:  (415) 543-0296
Email:  osellstrom@lccr.com

[*Additional counsel listed on signature pages.*]

Attorneys for Defendant-Intervenors
Coalition for Economic Equity and National Association for the Advancement of Colored People, San Diego Chapter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants,<br><br>COALITION FOR ECONOMIC EQUITY and NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SAN DIEGO CHAPTER,<br><br>Defendant-Intervenors. | No. 2:09-cv-01622-JAM-GGH<br><br>**JOINT STIPULATION AND ORDER TO STRIKE EVIDENCE OF PLAINTIFF'S EXPERT JOHN SULLIVAN FROM PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CONTINUE HEARING OF DEFENDANT-INTERVENORS' MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF PLAINTIFF'S EXPERT JOHN SULLIVAN**<br><br>Judge:     Hon. John A. Mendez |

1                                    Case No. 2:09-cv-01622-JAM-GGH

STIPULATION AND [PROPOSED] ORDER TO STRIKE JOHN SULLIVAN FROM PLAINTIFF'S
SUMMARY JUDGMENT MOTION AND CONTINUE HEARING ON MOTION TO STRIKE

PDF created with pdfFactory trial version www.pdffactory.com

1   COMES NOW Plaintiff Associated General Contractors of America, San Diego
2   Chapter, Inc.; Defendants California Department of Transportation, Cindy McKim (in her
3   official capacity as Director of Caltrans), and Olivia Fonseca (individually, and in her official
4   capacity as Deputy Director of Caltrans); and Defendant-Intervenors Coalition for Economic
5   Equity and National Association for the Advancement of Colored People, San Diego Chapter
6   (collectively the "Parties").  The Parties state as follows:
7   WHEREAS the Parties' cross-motions for summary judgment, filed on January
8   25 and 26, 2011, are currently before this Court.  Hearing on these motions has been set for
9   March 23, 2011 at 9:30 a.m., in Courtroom 6.
10  WHEREAS Defendant-Intervenors' Motion to Exclude the Testimony and
11  Opinions of Plaintiff's Expert John Sullivan ("Motion to Exclude") (Dkt. No. 47), filed on
12  January 26, 2011, is currently before this Court.  Hearing on this motion has been set for March
13  23, 2011 at 9:30 a.m., in Courtroom 6.
14  WHEREAS Defendants joined in Defendant-Intervenors' Motion to Exclude
15  (Dkt. No. 68) on February 7, 2011.
16  WHEREAS Defendant-Intervenors are willing to postpone hearing on their
17  Motion to Exclude until after the cross-motions for summary judgment are decided, if Plaintiff
18  withdraws any reliance on and reference to Mr. Sullivan, his opinions, and his expert report
19  (including but not limited to Exhibit N to the Declaration of Ralph W. Kasarda in Support of
20  Plaintiff's Motion) from Plaintiff's Motion for Summary Judgment or, In the Alternative,
21  Summary Adjudication.
22  WHEREAS Plaintiff contends it did not intend for any citation to Mr. Sullivan's
23  report in Plaintiff's Motion for Summary Judgment or, In the Alternative, Summary
24  Adjudication or Statement of Undisputed Material Facts (Dkt. No. 44) to be construed as reliance
25  on said report.  Plaintiff contends that any citation to Mr. Sullivan's report in its Motion was part
26  of the cumulative evidence used to support a fact.
27  WHEREAS the parties believe that postponing the hearing on Defendant-
28  Intervenors' Motion to Exclude the Testimony and Opinions of Plaintiff's Expert John Sullivan

PDF created with pdfFactory trial version www.pdffactory.com

will further judicial economy.

NOW THEREFORE, the Parties stipulate by and through their counsel of record, and respectfully request that the Court approve, that:

1. Plaintiff withdraws any reliance on and reference to Mr. Sullivan, his opinions, and his expert report from Plaintiff's Motion for Summary Judgment or, In the Alternative, Summary Adjudication. Any such citations or reliance should be stricken and no longer be part of the case record.

2. Plaintiff withdraws Exhibit N of the Declaration of Ralph W. Kasarda in Support of Plaintiff's Motion for Summary Judgment or, In the Alternative, Summary Adjudication, which contained copies of excerpts from John Sullivan's Expert Report. Exhibit N shall be stricken and no longer be part of the case record.

3. Defendant-Intervenors continue the hearing on their Motion to Exclude the Testimony and Opinions of Plaintiff's Expert John Sullivan until the date and time this Court sets for hearing pre-trial motions in this matter.

Jointly stipulated this 18th day of March 2011.

DATED: March 18, 2011

By: _____/s/ Ralph W. Kasarda_____
Ralph W. Kasarda

Attorneys for Plaintiff
SHARON L. BROWNE (SBN 119246)
RALPH W. KASARDA (SBN 205286)
JOSHUA P. THOMPSON (SBN 250955)
ADAM R. POMEROY (SBN 272517)

Pacific Legal Foundation

DATED: March 18, 2011

By: _____/s/ Scott Emblidge_____
G. Scott Emblidge

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |
|---|---|
| 1 |  |
| 2 | Attorneys for Defendants |
| 3 | RONALD W. BEALS<br>THOMAS C. FELLENZ |
| 4 | KATHRYN T. PAPALIA (SBN 173472)<br>State of California Legal Department |
| 5 |  |
| 6 | MARA E. ROSALES (SBN 104844)<br>BENJAMIN SCHNAYERSON (SBN 257857) |
| 7 | Rosales Law Partners LLP |
| 8 | G. SCOTT EMBLIDGE (SBN 121613)<br>RACHEL J. SATER (SBN 147976) |
| 9 | Moscone, Emblidge & Quadra LLP |
| 10 |  |
| 11 | DATED: March 18, 2011 |
| 12 | By: _____/s/ Carlos P. Mino_____ |
| 13 | Carlos P. Mino |
| 14 |  |
| 15 | Attorneys for Defendant-Intervenors<br>BREE HANN (SBN 215695) |
| 16 | SUJAL J. SHAH (SBN 215230)<br>SAMANTHA CARTER (SBN 240068) |
| 17 | CARLOS P. MIÑO (SBN 247022)<br>Bingham McCutchen LLP |
| 18 | OREN SELLSTROM (SBN 161074) |
| 19 | Lawyers' Committee for Civil Rights |
| 20 | EVA JEFFERSON PATERSON (SBN 67081) |
| 21 | SARA JACKSON (SBN 251915)<br>FABIAN RENTERIA (SBN 268028) |
| 22 | Equal Justice Society |
| 23 | JORY C. STEELE (SBN 206944) |
| 24 | American Civil Liberties Union Foundation of<br>Northern California |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

STIPULATION AND [PROPOSED] ORDER TO STRIKE JOHN SULLIVAN FROM PLAINTIFF'S
SUMMARY JUDGMENT MOTION AND CONTINUE HEARING ON MOTION TO STRIKE

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED, this 21st day of March, 2011.

2

3

4                                     /s/ John A. Mendez

5                                     John A. Mendez
                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com