# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ASSOCIATED GENERAL CONTRACTORS
OF AMERICA, SAN DIEGO CHAPTER,
INC.,**

CASE NO: **2:09–CV–01622–JAM –GGH**

v.

**CALIFORNIA DEPARTMENT OF
TRANSPORTATION, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues
    have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
   COURT'S ORDER OF 3/28/11**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **March 28, 2011**

by: /s/ L. Mena–Sanchez
                Deputy Clerk