UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., a nonprofit California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>        Defendants.<br><br>COALITION FOR ECONOMIC EQUITY and NAACP, SAN DIEGO CHAPTER,<br><br>        Defendant-Intervenors. | Case No. 2:09-CV-1622-JAM-GGH<br><br>ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    On March 23, 2011, this matter came before the Court on three motions for summary judgment.  Each party also made various evidentiary objections.  In this suit, Plaintiff Associated General Contractors of America, San Diego Chapter, challenged Defendant California Department of Transportation's application of provisions of a federal program under the "Safe, Accountable, Flexible Efficient Transportation Equity Act: A Legacy for Users," enacted by Congress in 2005.  Pub. L. No 109-59, § 1101(b), 119 Stat. 1144 (2005).  The Coalition for Economic Equity and National Association

for the Advancement of Colored People, San Diego Chapter, ("Intervenors"), intervened to defend the challenged program.

    For the reasons stated by the Court at the March 23, 2011 hearing, as reflected in the attached transcript (Doc. #101), the Court GRANTS Defendants' and Intervenors' summary judgment motions, and DENIES Plaintiff's summary judgment motion.

    IT IS SO ORDERED.

Dated: April 19, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE